IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: EHT US1, INC., et al, <br><br> Debtors. | ) Chapter 11 <br> ) Bankruptcy Case No. 21-10036 (CSS) <br> ) Bankruptcy ADV No. 21-50476 (CSS) |
| EHT ASSET MANAGEMENT, LLC, <br> TAYLOR WOODS, AND HOWARD WU, <br><br> Appellants, <br><br> v. <br><br> URBAN COMMONS QUEENSWAY, LLC, <br><br> Appellee. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-1583 (MN) <br> ) BAP No. 21-75 <br> ) <br> ) <br> ) |

**ORDER**

At Wilmington, this 4th day of January 2022,

WHEREAS, on December 14, 2021, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 5) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation. The briefing schedule for this appeal will be set by separate order of Court.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Court